

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00330-CV

Adam **TOSTADO**,
CHITONIO ENTERPRISES, LLC d/b/a A Tostado Corporation
d/b/a ATC Tax & Business Solutions,
Appellants

v.

**A.J. PELLETIER ENTERPRISES, INC.**, d/b/a Creative Business Solutions,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-22108
The Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed: June 27, 2018

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellants filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP.

P. 42.1(a)(1). We order all costs to be borne by the party that incurred them. *See id.* R. 42.1(d)

(absent agreement of parties, costs are taxed against appellant).

PER CURIAM